```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――――――――――

JOANNE FERRARI AND PRISCILLA RUMNIT

                    Plaintiffs,           20-cv-2161 (JGK)

        - against -                       ORDER

CHOBANI, LLC,

                    Defendant.
――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

For the reasons discussed at today's conference, the plaintiffs shall file an amended complaint by October 16, 2020. The defendant shall move or answer by November 16, 2020. If the defendant files an answer, the parties should submit a Rule 26(f) Report by November 30, 2020. If the defendant files a motion to dismiss, then the plaintiffs shall respond by December 16, 2020, and the defendant shall reply by December 30, 2020.

**SO ORDERED.**

**Dated:**   **New York, New York**
            **September 17, 2020**          _____/s/ John G. Koeltl_____
                                                    John G. Koeltl
                                            United States District Judge